IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DR. CONGJUN WANG,<br><br>            Plaintiff,<br><br>   vs.<br><br>LOREN K. MILLER, in his official capacity as Director, U.S. Citizenship and Immigration Services, Nebraska Service Center; MERRICK GARLAND, in his official capacity as Attorney General of the United States; ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security; and TRACY RENAUD, in her official capacity as Acting Director, U.S. Citizenship and Immigration Services;<br><br>            Defendants. | **4:21CV3146**<br><br>**ORDER** |

IT IS ORDERED:

1) The government's motion to substitute counsel, (Filing No. 24), is granted. Lynnett M. Wagner, Assistant United States Attorney, replaces Steven A. Russell, First Assistant United States Attorney, as counsel for the government. Mr. Russell will no longer receive ECF notifications in this case.

2) The government's motion to substitute a named defendant, (Filing No. 25), is granted. Ur M. Jaddou, Director, United States Citizenship and Immigration Services, is hereby substituted for Tracy Renaud as a Defendant in this case.

3) The parties' joint motion to extend, (Filing No. 26), is granted, and the remaining case progression deadlines are extended with new deadlines set as follows:

| | |
|---|---|
| Defendants' Brief in opposition to Plaintiff's Motion for Summary Judgment | April 26, 2022 |
| Defendants' Cross-Motion for Summary Judgment | April 26, 2022 |
| Plaintiff's Reply brief in support of Plaintiff's Motion for Summary Judgment | May 10, 2022 |
| Plaintiff's brief in opposition to Defendants' Cross-Motion for Summary Judgment | May 10, 2022 |
| Defendants' Reply brief in support of Defendants' Cross-Motion for Summary Judgment | May 24, 2022 |

Dated this 15th day of March, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge