# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DR. CONGJUN WANG, | |
| Plaintiff, | 4:21CV3146 |
| vs. | |
| LOREN K. MILLER, in his official capacity as Director, U.S. Citizenship and Immigration Services, Nebraska Service Center,; MERRICK GARLAND, in his official capacity as Attorney General of the United States,; ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security,; and UR M. JADDOU, Director, United States Citizenship and Immigration Services; | ORDER |
| Defendants. | |

IT IS ORDERED that Defendants' unopposed motion to extend (Filing No. 28), is granted, and the remaining case progression deadlines are extended with new deadlines set as follows:

| | |
|---|---|
| Defendants' Brief in Opposition to Plaintiff's Motion for Summary Judgment | May 26, 2022 |
| Defendants' Cross-Motion for Summary Judgment | May 26, 2022 |
| Plaintiff's Reply Brief in support of Plaintiff's Motion for Summary Judgment | June 9, 2022 |
| Plaintiffs' Brief in opposition to Defendants' Cross-Motion for Summary Judgment | June 9, 2022 |

Defendant's Reply Brief in support of
Defendants' Cross-Motion for Summary
Judgment                                                              June 23, 2022

Dated this 22nd day of April, 2022.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge