IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DR. CONGJUN WANG,<br><br>        Plaintiff,<br><br>vs.<br><br>LOREN K. MILLER, in his official capacity as Director, U.S. Citizenship and Immigration Services, Nebraska Service Center,; MERRICK GARLAND, in his official capacity as Attorney General of the United States,; ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security,; and UR M. JADDOU, Director, United States Citizenship and Immigration Services;<br><br>        Defendants. | **4:21CV3146**<br><br>**ORDER** |

IT IS ORDERED that Defendants' unopposed motion to extend (Filing No. 30), is granted and the remaining case progression deadlines are extended with new deadlines set as follows:

| | |
|---|---|
| Defendants' Brief in Opposition to Plaintiff's Motion for Summary Judgment | June 9, 2022 |
| Defendants' Cross-Motion for Summary Judgment | June 9, 2022 |
| Plaintiffs' Reply Brief in support of Plaintiff's Motion for Summary Judgment | July 7, 2022 |
| Plaintiff's Brief in opposition to Defendants' Cross-Motion for Summary Judgment | July 7, 2022 |
| Defendants' Reply Brief in support of | |

| | |
|---|---|
| Defendants' Cross-Motion for Summary Judgment | July 21, 2022 |

Dated this 27th day of May, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge